UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Cushaw B. Barnett</u>

    v.                              Case No. 13-cv-141-SM

<u>Steven J. McAuliffe</u>

## O R D E R

    Re:  (Document No. 8)
         Motion for Recusal of Judge Steven J. McAuliffe

    <u>**Ruling**</u>: Denied.  Although petitioner styled the caption of his initial pleading as if it were a civil claim of some kind against the presiding judge, it is plain that petitioner only sought relief allowed by and under the provisions of 28 U.S.C. § 2255.  The real parties in interest are the petitioner and the United States - no claim has been asserted against the presiding judge, nor could one be asserted in this context, and merely styling the case incorrectly does not give rise to a basis upon which to urge recusal of the assigned judge.  This case is closed.

                                                    _____
                                                    Steven J. McAuliffe
                                                    United States District Judge

Date:  May 3, 2013

cc:  Cushaw B. Barnett