UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Cushaw B. Barnett

    v.                          Case No. 13-cv-141-SM

Steven J. McAuliffe

**O R D E R**

    Re:  (Document No. 8)
         Motion for Recusal of Judge Steven J. McAuliffe

**Ruling**: Denied.  Although petitioner styled the caption of his initial pleading as if it were a civil claim of some kind against the presiding judge, it is plain that petitioner only sought relief allowed by and under the provisions of 28 U.S.C. § 2255.  The real parties in interest are the petitioner and the United States - no claim has been asserted against the presiding judge, nor could one be asserted in this context, and merely styling the case incorrectly does not give rise to a basis upon which to urge recusal of the assigned judge.  This case is closed.

                                            Steven J. McAuliffe
                                            United States District Judge

Date:  May 3, 2013

cc:  Cushaw B. Barnett